## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Southern Division)

| | | |
|---|---|---|
| **ERWIN DEXTER WYNN,** | * | |
| **Plaintiff** | * | |
| v. | * | Civil Action No.: _____ |
| **BANK OF AMERICA, N.A.** | * | |
| **Defendant.** | * | |

\* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF REMOVAL

Defendant Bank of America, N.A. ("Defendant") by its attorneys and pursuant to 28 U.S.C. §§ 1331 and 1441, et seq., hereby file this Notice of Removal from the Circuit Court for Prince George's County to the United States District Court for the District of Maryland, and as grounds for removal states:

1. Plaintiff Erwin Dexter Wynn ("Plaintiff") filed a Complaint (the "Complaint") against Defendant in the Circuit Court for Prince George's County, on or about July 26, 2010.

2. Defendant has not been properly served with the Complaint or summons.

3. Plaintiff's Complaint purports to allege violations of the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et. seq. ("FDCPA") and the Real Estate Settlement Practices Act, 12 U.S.C. § 2601 et seq. ("RESPA").

DMEAST #12846941 v1

4. Hence, this action is subject to removal pursuant to 28 U.S.C. §§ 1331 and 1441(b) at the request of Defendant because Plaintiff's claims arise under the law of the United States.

5. In addition, as averred below, the present action is a civil action over which this Court has original jurisdiction under the provision of the United States Code governing diversity jurisdiction. 28 U.S.C. § 1332. Hence, this is a civil action which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a).

6. Plaintiff has alleged in the Complaint that he is a resident of Prince George's County, Maryland. Thus, Plaintiff is a citizen of Maryland for purposes of determining the existence of diversity of citizenship under 28 U.S.C. § 1332.

7. Defendant is a national banking association with its main office in Charlotte, North Carolina. Therefore, Defendant is a citizen of North Carolina for purposes of determining the existence of diversity of citizenship under 28 U.S.C. § 1332.

8. Thus, there is complete diversity between the parties.

9. Plaintiff's Complaint seeks relief in connection with a mortgage loan, the original principal balance of which was $625,000.00. Thus, the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.

10. Removal is timely. Defendant has filed this Notice of Removal before it was properly served with the Complaint.

DMEAST #12846941 v1

2

11. Pursuant to 28 U.S.C. § 1441(a), the United States District Court for the District of Maryland is the proper venue for removal because Prince George's County, Maryland, the place where this action is pending, is located within the District of Maryland.

12. Attached to this Notice are copies of all papers related to this action received by the Defendant via mail. No papers have yet been served on Defendant.

13. A copy of this Notice has been served on Plaintiff and will be filed with the clerk of the Circuit Court for Prince George's County.

14. By filing this Notice of Removal, Defendant does not waive its right to object to service of process, the sufficiency of process, jurisdiction over the person, or venue, and specifically reserve the right to assert any defenses and/or objections to which Defendant may be entitled.

Respectfully submitted,

_____
Robert A. Scott (#024613)
Glenn A. Cline (#26672)
Ballard Spahr LLP
300 E. Lombard Street
18th Floor
Baltimore, MD  21202
410.528.5600

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of September, 2010, a copy of the foregoing Notice of Removal was mailed by first class mail, postage prepaid to:

Erwin Dexter Brown
15910 Bishopstone Terrace
Upper Marlboro, Maryland 20774

_____
Robert A. Scott

DMEAST #12846941 v1